Dismissed and Opinion Filed September 10, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01595-CV

**CHARLIE D. HAWKINS, Appellant**
**V.**
**MARK J. SOLOMON AND SHARON SOLOMON D/B/A ALL AUTO INSURANCE INC.**
**D/B/A ASSURNET INSURANCE, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09318**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

This Court may dismiss an appeal for failure to file a clerk's record if the reason is because an appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 37.3(b). On August 6, 2015, the District Clerk of Dallas County informed the Court that the clerk's record had been prepared but was being held for non-payment of fees. By letter dated August 7, 2015, the Court instructed appellant to file, within ten days, either written verification that appellant had paid or made arrangements to pay the clerk's fee or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within the time requested may result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellant has not filed a response. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c).

141595F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHARLIE D. HAWKINS, Appellant

No. 05-14-01595-CV      V.

MARK J. SOLOMON AND SHARON
SOLOMON D/B/A ALL AUTO
INSURANCE INC. D/B/A ASSURNET
INSURANCE, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-09318.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees MARK J. SOLOMON AND SHARON SOLOMON D/B/A ALL AUTO INSURANCE INC. D/B/A ASSURNET INSURANCE recover their costs of this appeal from appellant CHARLIE D. HAWKINS.

Judgment entered September 10, 2015.